# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 19, 2015



Clerk
Court of Appeals of Texas, Twelfth District
1517 W. Front Street
Suite 354
Tyler, TX  75702


    Re:  Carole Ann Wallace
          v. Barbara Hernandez
          No. 15-217
          (Your No. 12-14-00343-CV)


Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 15, 2015 and placed on the docket August 19, 2015 as No. 15-217.


Sincerely,

**Scott S. Harris**, Clerk

by

Erik Fossum
Case Analyst